**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

RECEIVED & FILED

1999 OCT 19  AM 8:36

CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

SEA LAND SERVICES, INC.

**V.**

**CASE NUMBER:** CIVIL 98-1723 (RLA)

INTERNATIONAL FOOD DISTRIBUTORS

**O R D E R**

| MOTION | RULING |
|---|---|
| **Date Filed:** 10/1/99   **Docket # 17**<br>[X] **Plffs**        [ ] **Defts**<br>[ ] **Other**<br><br>**Title:** Informative Motion and Motion Requesting Additional time to Serve Complaint as Per Rule 4(m) | GRANTED as requested **until November 1, 1999.** |

October 15, 1999
**Date**

**RAYMOND L. ACOSTA**
**U.S. District Judge**

| Rec'd: | EOD: |
|---|---|
| By: | # 19 |