# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.

   v.

                        Civil No. 98-1723 (RLA)

INTERNATIONAL FOODS DISTRIBUTOR

*RECEIVED & FILED*
*1999 OCT 29 AM 10 50*
*CLERK'S OFFICE*
*U.S. DISTRICT COURT*
*SAN JUAN P R*

## O R D E R

| MOTION | RULING |
|---|---|
| Filed: 10/25/99 Docket #20 [X] Plaintiff | NOTED. The Clerk of the Court shall modify the ICMS List of Counsel accordingly. |
| Title: Informative Motion | |

October 2*8* , 1999
Date

RAYMOND L. ACOSTA
U.S. District Judge

| Rec'd: | EOD: |
|---|---|
| By | # 22 |