IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SEA LAND SERVICES, INC.

    Plaintiff,

v.   CIVIL NO. 98-1723 (RLA)

JOHN DOE D/B/A/ INTERNATIONAL FOOD DISTRIBUTORS

    Defendant.

### FINAL JUDGMENT

Plaintiff's Motion for Voluntary Dismissal (**docket No. 23**, filed on November 2, 1999) is **GRANTED**. Accordingly, it is

HEREBY ORDERED AND ADJUDGED that the complaint filed against JOHN DOE D/B/A/ INTERNATIONAL FOOD DISTRIBUTORS in Civil Action No. 99-1723 (RLA) be and the same is hereby DISMISSED without prejudice.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 14th day of November, 1999.

RAYMOND L. ACOSTA
United States District Judge